IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE M. BURNS | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 19-1647 |
| FORD MOTOR CREDIT | : |
| COMPANY LLC, ET AL. | : |

# **O R D E R**

**AND NOW**, this 17th day of May 2021, upon consideration of Defendant Ford Motor Credit Company LLC's Motion for Summary Judgment (ECF No. 39), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**