UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| | |
|---|---|
| MICHELE M. BURNS<br><br>    Plaintiff,<br><br> v.<br><br>FORD MOTOR CREDIT COMPANY, LLC, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and MICHAEL J. BURNS<br><br>    Defendants. | Civil Action No. 2:19-cv-01647-RBS<br><br>**NOTICE OF MOTION *IN LIMINE*** |

TO: Mark A. DiAntonio, Esquire
   Attorney ID No. 81115
   McCann Law, LLC
   1800 JFK Blvd., Suite 1812
   Philadelphia, PA 19103

  PLEASE TAKE NOTICE that Defendant Ford Motor Credit Company LLC will move this Court, before the Honorable R. Barclay Surrick, Senior United States District Judge, at the United States District Court for the Eastern District of Pennsylvania, James A. Bryne U.S. Courthouse 601 Market Street, Room 8614, Philadelphia, Pennsylvania 19106, on a date and time to be determined by the Court, for an Order, pursuant to Federal Rules of Evidence 401 and 403, precluding plaintiff from offering any evidence, testimony, references to testimony or argument based upon a claim for actual damages.

In support of this motion, Defendants rely upon the accompanying memorandum of law and all of the pleadings, records and papers filed herein.

Dated: September 8, 2021

**WONG FLEMING**

By: */s/ Dafney Dubuisson Stokes*
Dafney Dubuisson Stokes, Esq.
1500 Market Street, 12th Floor, East Tower
Philadelphia, PA 19102
T: (215) 546-2776
F: (215) 546-3206
dstokes@wongfleming.com
*Attorneys for Defendant Ford Motor Credit Company LLC*