# EXHIBIT A

# Direct Loans

William D. Ford Federal Direct Loan Program

May 09, 2018

Michele M Burns
1605 Brent Road
Oreland, PA 19075

Dear Michele M Burns,

We are unable to approve your credit for the Direct PLUS Loan you requested. The decision was based on the results of a credit check with:

Equifax
P O BOX 740241
ATLANTA, GA 30374
8006851111

The specific reason(s) is (are):
Account in Collection

You're also entitled to a free credit report if you are denied due to adverse credit. You must request your credit report within 60 days of receiving notice of the action. Under the FAIR CREDIT REPORTING ACT, you also have the right to obtain a copy of your credit report yearly free of charge from the consumer reporting agency listed above. If the information in your credit report is incorrect, contact the consumer reporting agency identified above to have the information corrected. Once the information is corrected, contact the Student Loan Support Center and request that your application be reprocessed.

You may still qualify for a Direct PLUS Loan if you obtain an endorser who does not have an adverse credit history, or if you document to our satisfaction that there are extenuating circumstances related to the adverse credit information. Before you can pursue the endorser or document extenuating circumstances, we must have a loan record on file from the school.

Obtaining an Endorser

An endorser is someone who does not have an adverse credit history and agrees to repay the loan if you do not repay it. If you are a parent borrower, the endorser may not be the student on whose behalf you are requesting the Direct PLUS Loan.

If you choose to obtain an endorser, the endorser may complete the endorser addendum on our secure StudentLoans.gov Web site. To complete the endorser addendum online, the endorser will need your last name, and an endorser code (if you completed a Direct PLUS Loan application) or the Loan/Award Identification Number, which is available from the school, and an FSA ID. If the endorser does not have an FSA ID, he or she may obtain one by visiting StudentLoans.gov.

If your endorser is approved:

- You will be required to complete PLUS Credit Counseling. PLUS Credit Counseling must be completed on StudentLoans.gov if you haven't done so recently.
- You must also meet all other requirements for borrowing a Direct PLUS Loan and your school will tell you what loans, if any, you are eligible to receive.

Documenting Extenuating Circumstances

If you believe there are extenuating circumstances related to the adverse credit information listed above that should be considered in evaluating your eligibility for a Direct PLUS Loan, you may send documentation to the Student Loan Support Center explaining your situation. You must explain in detail the extenuating circumstances that you believe mitigate the adverse credit information in your credit record. If appropriate, include documentation to support your explanation.

If your appeal based on documentation of extenuating circumstances is approved:

- You will be required to complete PLUS Credit Counseling. PLUS Credit Counseling must be completed on StudentLoans.gov.
- You must also meet all other requirements for borrowing a Direct PLUS Loan and your school will tell you what loans, if any, you are eligible to receive.

Contact the school's financial aid office as soon as possible to let them know whether you plan to pursue a Direct PLUS Loan by obtaining an endorser or submitting documentation of extenuating circumstances. Before you can pursue the endorser or document extenuating circumstances, we must have a loan record on file from the school. If you decide not to pursue a Direct PLUS Loan, the school's financial aid administrator may be able to provide information concerning other options to assist you with paying for your or the student's education.

If you have questions regarding the information in this letter, the Student Loan Support Center is available to assist you from 8:00 AM to 11:00 PM, Eastern Time, Monday through Friday. We can be reached, toll-free, at 1-800-557-7394.

Sincerely,

U.S. Department of Education
Federal Student Aid
William D. Ford Federal Direct Loan Program

# Direct Loans

William D. Ford Federal Direct Loan Program

May 09, 2018

Michele M Burns
1605 Brent Road
Oreland, PA 19075

Dear Michele M Burns,

We are unable to approve your credit for the Direct PLUS Loan you requested. The decision was based on the results of a credit check with:

Equifax
P O BOX 740241
ATLANTA, GA 30374
8006851111

The specific reason(s) is (are):
Account in Collection

You're also entitled to a free credit report if you are denied due to adverse credit. You must request your credit report within 60 days of receiving notice of the action. Under the FAIR CREDIT REPORTING ACT, you also have the right to obtain a copy of your credit report yearly free of charge from the consumer reporting agency listed above. If the information in your credit report is incorrect, contact the consumer reporting agency identified above to have the information corrected. Once the information is corrected, contact the Student Loan Support Center and request that your application be reprocessed.

You may still qualify for a Direct PLUS Loan if you obtain an endorser who does not have an adverse credit history, or if you document to our satisfaction that there are extenuating circumstances related to the adverse credit information. Before you can pursue the endorser or document extenuating circumstances, we must have a loan record on file from the school.

Obtaining an Endorser

An endorser is someone who does not have an adverse credit history and agrees to repay the loan if you do not repay it. If you are a parent borrower, the endorser may not be the student on whose behalf you are requesting the Direct PLUS Loan.

If you choose to obtain an endorser, the endorser may complete the endorser addendum on our secure StudentLoans.gov Web site. To complete the endorser addendum online, the endorser will need your last name, and an endorser code (if you completed a Direct PLUS Loan application) or the Loan/Award Identification Number, which is available from the school, and an FSA ID. If the endorser does not have an FSA ID, he or she may obtain one by visiting StudentLoans.gov.

If your endorser is approved:

- You will be required to complete PLUS Credit Counseling. PLUS Credit Counseling must be completed on StudentLoans.gov if you haven't done so recently.
- You must also meet all other requirements for borrowing a Direct PLUS Loan and your school will tell you what loans, if any, you are eligible to receive.

Documenting Extenuating Circumstances

If you believe there are extenuating circumstances related to the adverse credit information listed above that should be considered in evaluating your eligibility for a Direct PLUS Loan, you may send documentation to the Student Loan Support Center explaining your situation. You must explain in detail the extenuating circumstances that you believe mitigate the adverse credit information in your credit record. If appropriate, include documentation to support your explanation.

If your appeal based on documentation of extenuating circumstances is approved:

- You will be required to complete PLUS Credit Counseling. PLUS Credit Counseling must be completed on StudentLoans.gov.
- You must also meet all other requirements for borrowing a Direct PLUS Loan and your school will tell you what loans, if any, you are eligible to receive.

Contact the school's financial aid office as soon as possible to let them know whether you plan to pursue a Direct PLUS Loan by obtaining an endorser or submitting documentation of extenuating circumstances. Before you can pursue the endorser or document extenuating circumstances, we must have a loan record on file from the school. If you decide not to pursue a Direct PLUS Loan, the school's financial aid administrator may be able to provide information concerning other options to assist you with paying for your or the student's education.

If you have questions regarding the information in this letter, the Student Loan Support Center is available to assist you from 8:00 AM to 11:00 PM, Eastern Time, Monday through Friday. We can be reached, toll-free, at 1-800-557-7394.

Sincerely,

U.S. Department of Education
Federal Student Aid
William D. Ford Federal Direct Loan Program

# EXHIBIT B

**Synchrony Bank for your AMAZON.COM STORECARD <customer.service@mail.synchronybank.com>**

1/28/2018 4:02 AM

# AMAZON.COM STORECARD Services Information

To mjb2and2@comcast.net

---

Dear MICHELE BURNS,

We are responding to your recent application for a AMAZON.COM STORECARD (Reference Number: L2XH5B). Please click here to review the response on our secure site. To help reduce our impact on the environment, we are sending this letter to you electronically. You can download or print the letter for your records.

If you have trouble opening this within your email system, copy the link below into a new browser and hit enter. This will bring you to an authentication screen where you will be asked for credentials.

https://ebill.onlineebillcenter.com/odletters/odletter.do?subActionId=1000&data=WR9pQSeKwwD98A9qYU%2FDIpJUUL5oKkIOq%2F5RUn9JxvMHvJFzAHWVSZ0eS2guFQKz

Sincerely,

AMAZON.COM STORECARD Services

* Note: This email was sent to you by Synchrony Bank's Credit Card Services Division. You may receive account servicing emails even if you have requested not to receive marketing offers by email. Synchrony Bank is located at 170 Election Road, Suite 125, Draper, UT 84020, USA. www.synchronyfinancial.com.

This is an unmonitored email box. Please do not reply to this email.

BURNS 378

# EXHIBIT C

**CCC - Philadelphia**
2433 South 15th Street Philadelphia, PA 191454415
Phone: (855) 518-2223 Fax: [redacted]

## Payment History

| Service | CPT | Paid by | Rec.Dt | Amount: Claim | Co-Ins | Pat. Resp. | Writeoff | Paid |
|---|---|---|---|---|---|---|---|---|
| **Patient: BURNS, MICHELE** | | | | | | | | |
| 11/13/17 | SELF1 | Patient (Self) | 11/01/17 | 75.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| | | | 11/01/17 | 75.00 | 0.00 | 0.00 | 0.00 | 25.00 |
| 11/20/17 | SELF2 | Patient (Self) | 11/01/17 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 11/27/17 | SELF2 | Patient (Self) | 11/01/17 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 12/11/17 | SELF2 | Patient (Self) | 12/20/17 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 12/14/17 | SELF2 | Patient (Self) | 12/01/17 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 12/28/17 | SELF2 | Patient (Self) | 01/03/18 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 01/15/18 | SELF2 | Patient (Self) | 12/01/17 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 01/22/18 | SELF2 | Patient (Self) | 01/31/18 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 02/05/18 | SELF2 | Patient (Self) | 01/31/18 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 02/26/18 | SELF2 | Patient (Self) | 03/01/18 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 03/19/18 | SELF2 | Patient (Self) | 03/01/18 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 04/13/18 | SELF2 | Patient (Self) | 04/01/18 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 06/04/18 | SELF2 | Patient (Self) | 05/02/18 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 05/07/18 | SELF2 | Patient (Self) | 05/01/18 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 07/09/18 | SELF2 | Patient (Self) | 07/03/18 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 08/27/18 | 90834OV | Patient (Self) | 09/06/18 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 12/10/18 | SELF2 | Patient (Self) | 01/01/19 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 01/14/19 | SELF2 | Patient (Self) | 02/06/19 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 02/18/19 | SELF2 | Patient (Self) | 03/01/19 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 04/08/19 | SELF2 | Patient (Self) | 05/06/19 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 05/13/19 | SELF2 | Patient (Self) | 06/06/19 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 06/10/19 | SELF2 | Patient (Self) | 07/09/19 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 07/12/19 | SELF2 | Patient (Self) | 09/06/19 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 08/29/19 | SELF2 | Patient (Self) | 08/03/19 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| | | **Total For BURNS, MICHELE:** | | **1225.00** | **0.00** | **0.00** | **0.00** | **1225.00** |

I Rachel meade Program Coordinator pulled this for M. Burns 4/7/2020.
Rachel Meade

# EXHIBIT D

Dr David W Nadler Assoc PC

# Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| **BURMI001** | **Michele Burns** | | | | | | | |
| | Last Payment: | | -60.00 | On: 2/20/2020 | | | | |
| 950224 | 1/22/2019 | 11 | | 7152 | CK | 1901220000 | 1 | -15.00 |
| 950855 | 1/22/2019 | 11 | | 7152 | STIMPAD | 1901240000 | 1 | 15.00 |
| 968973 | 4/17/2019 | 11 | | 7152 | 98940 | 1904170000 | 1 | 50.00 |
| 968974 | 4/17/2019 | 11 | | 7152 | CK | 1904170000 | 1 | -50.00 |
| 970734 | 4/26/2019 | 11 | | 7152 | 98940 | 1904260000 | 1 | 50.00 |
| 970735 | 4/26/2019 | 11 | | 7152 | CK | 1904260000 | 1 | -50.00 |
| 972339 | 5/6/2019 | 11 | | 7152 | 98941 | 1905060000 | 1 | 60.00 |
| 972340 | 5/6/2019 | 11 | | 7152 | CK | 1905060000 | 1 | -60.00 |
| 973971 | 5/14/2019 | 11 | | 7152 | 98941 | 1905140000 | 1 | 60.00 |
| 973972 | 5/14/2019 | 11 | | 7152 | CK | 1905140000 | 1 | -60.00 |
| 975246 | 5/20/2019 | 11 | | 7152 | 98941 | 1905200000 | 1 | 60.00 |
| 975247 | 5/20/2019 | 11 | | 7152 | SPRAY | 1905200000 | 1 | 29.00 |
| 975248 | 5/20/2019 | 11 | | 7152 | CK | 1905200000 | 1 | -89.00 |
| 976625 | 5/28/2019 | 11 | | 7152 | 98941 | 1905280000 | 1 | 60.00 |
| 976626 | 5/28/2019 | 11 | | 7152 | CK | 1905280000 | 1 | -60.00 |
| 950223 | 1/22/2019 | 11 | | 7153 | CK | 1901220000 | 1 | -50.00 |
| 950852 | 1/22/2019 | 11 | | 7153 | 99203 | 1901240000 | 1 | 115.00 |
| 950853 | 1/22/2019 | 11 | | 7153 | 98941 | 1901240000 | 1 | 60.00 |
| 950854 | 1/22/2019 | 11 | | 7153 | 98943 | 1901240000 | 1 | 60.00 |
| 951040 | 1/25/2019 | 11 | | 7153 | 98941 | 1901250000 | 1 | 60.00 |
| 951041 | 1/25/2019 | 11 | | 7153 | 98943 | 1901250000 | 1 | 60.00 |
| 951042 | 1/25/2019 | 11 | | 7153 | CK | 1901250000 | 1 | -50.00 |
| 951839 | 1/28/2019 | 11 | | 7153 | 98941 | 1901280000 | 1 | 60.00 |
| 951840 | 1/28/2019 | 11 | | 7153 | 98943 | 1901280000 | 1 | 60.00 |
| 951841 | 1/28/2019 | 11 | | 7153 | CK | 1901280000 | 1 | -100.00 |
| 952956 | 1/31/2019 | 11 | | 7153 | 98941 | 1901310000 | 1 | 60.00 |
| 952957 | 1/31/2019 | 11 | | 7153 | 98943 | 1901310000 | 1 | 60.00 |
| 953298 | 2/4/2019 | 11 | | 7153 | 98941 | 1902040000 | 1 | 60.00 |
| 953299 | 2/4/2019 | 11 | | 7153 | 98943 | 1902040000 | 1 | 60.00 |
| 953300 | 2/4/2019 | 11 | | 7153 | CK | 1902040000 | 1 | -100.00 |
| 954037 | 2/6/2019 | | #992213106 Personal Choice Cla | 7153 | INSPAY | 1901240000 | 1 | -48.58 |
| 954038 | 2/6/2019 | | Adjustment | 7153 | INSADJ | 1901240000 | 1 | -16.42 |
| 954039 | 2/6/2019 | | #992213106 Personal Choice Cla | 7153 | INSPAY | 1901240000 | 1 | 0.00 |
| 954040 | 2/6/2019 | | Adjustment | 7153 | INSADJ | 1901240000 | 1 | -60.00 |
| 954041 | 2/6/2019 | | #992213106 Personal Choice Cla | 7153 | INSPAY | 1901240000 | 1 | 0.00 |
| 954042 | 2/6/2019 | | Adjustment | 7153 | INSADJ | 1901240000 | 1 | -60.00 |
| 954043 | 2/6/2019 | | #992213106 Personal Choice Cla | 7153 | INSPAY | 1901250000 | 1 | 0.00 |
| 954044 | 2/6/2019 | | Adjustment | 7153 | INSADJ | 1901250000 | 1 | -10.00 |
| 954045 | 2/6/2019 | | #992213106 Personal Choice Cla | 7153 | INSPAY | 1901250000 | 1 | 0.00 |
| 954046 | 2/6/2019 | | Adjustment | 7153 | INSADJ | 1901250000 | 1 | -60.00 |
| 954047 | 2/6/2019 | | #992213106 Personal Choice Cla | 7153 | INSPAY | 1901280000 | 1 | 0.00 |
| 954048 | 2/6/2019 | | Adjustment | 7153 | INSADJ | 1901280000 | 1 | -10.00 |
| 954049 | 2/6/2019 | | #992213106 Personal Choice Cla | 7153 | INSPAY | 1901280000 | 1 | 0.00 |
| 954050 | 2/6/2019 | | Adjustment | 7153 | INSADJ | 1901280000 | 1 | -60.00 |
| 954051 | 2/6/2019 | | #992213106 Personal Choice Cla | 7153 | INSPAY | 1901310000 | 1 | 0.00 |

Dr David W Nadler Assoc PC

# Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| 954052 | 2/6/2019 | | Adjustment | 7153 | INSADJ | 1901310000 | 1 | -10.00 |
| 954053 | 2/6/2019 | | #992213106 Personal Choice Cla | 7153 | INSPAY | 1901310000 | 1 | 0.00 |
| 954054 | 2/6/2019 | | Adjustment | 7153 | INSADJ | 1901310000 | 1 | -60.00 |
| 954698 | 2/8/2019 | 11 | | 7153 | 98941 | 1902080000 | 1 | 60.00 |
| 954699 | 2/8/2019 | 11 | | 7153 | 98943 | 1902080000 | 1 | 60.00 |
| 955490 | 2/13/2019 | | #992218492 Personal Choice Cla | 7153 | INSPAY | 1902040000 | 1 | 0.00 |
| 955491 | 2/13/2019 | | Adjustment | 7153 | INSADJ | 1902040000 | 1 | -10.00 |
| 955492 | 2/13/2019 | | #992218492 Personal Choice Cla | 7153 | INSPAY | 1902040000 | 1 | 0.00 |
| 955493 | 2/13/2019 | | Adjustment | 7153 | INSADJ | 1902040000 | 1 | -60.00 |
| 956316 | 2/18/2019 | 11 | | 7153 | 98941 | 1902180000 | 1 | 60.00 |
| 956317 | 2/18/2019 | 11 | | 7153 | 98943 | 1902180000 | 1 | 60.00 |
| 956318 | 2/18/2019 | 11 | | 7153 | CK | 1902180000 | 1 | -100.00 |
| 957330 | 2/21/2019 | 11 | | 7153 | 98941 | 1902210000 | 1 | 60.00 |
| 957331 | 2/21/2019 | 11 | | 7153 | 98943 | 1902210000 | 1 | 60.00 |
| 957332 | 2/21/2019 | 11 | | 7153 | 99212 | 1902210000 | 1 | 70.00 |
| 957554 | 2/20/2019 | | #992221829 Personal Choice Cla | 7153 | INSPAY | 1902080000 | 1 | 0.00 |
| 957555 | 2/20/2019 | | Adjustment | 7153 | INSADJ | 1902080000 | 1 | -10.00 |
| 957556 | 2/20/2019 | | #992221829 Personal Choice Cla | 7153 | INSPAY | 1902080000 | 1 | 0.00 |
| 957557 | 2/20/2019 | | Adjustment | 7153 | INSADJ | 1902080000 | 1 | -60.00 |
| 957851 | 2/25/2019 | 11 | | 7153 | 98941 | 1902250000 | 1 | 60.00 |
| 957852 | 2/25/2019 | 11 | | 7153 | 98943 | 1902250000 | 1 | 60.00 |
| 957853 | 2/25/2019 | 11 | | 7153 | CK | 1902250000 | 1 | -100.00 |
| 958225 | 2/27/2019 | | #992227245 Personal Choice Cla | 7153 | INSPAY | 1902180000 | 1 | 0.00 |
| 958226 | 2/27/2019 | | Adjustment | 7153 | INSADJ | 1902180000 | 1 | -10.00 |
| 958227 | 2/27/2019 | | #992227245 Personal Choice Cla | 7153 | INSPAY | 1902180000 | 1 | 0.00 |
| 958228 | 2/27/2019 | | Adjustment | 7153 | INSADJ | 1902180000 | 1 | -60.00 |
| 958870 | 2/28/2019 | 11 | | 7153 | 98941 | 1902280000 | 1 | 60.00 |
| 958871 | 2/28/2019 | 11 | | 7153 | 98943 | 1902280000 | 1 | 60.00 |
| 959514 | 3/5/2019 | 11 | | 7153 | 98941 | 1903050000 | 1 | 60.00 |
| 959515 | 3/5/2019 | 11 | | 7153 | 98943 | 1903050000 | 1 | 60.00 |
| 959516 | 3/5/2019 | 11 | | 7153 | CK | 1903050000 | 1 | -100.00 |
| 959722 | 3/6/2019 | | #992232550 Personal Choice Cla | 7153 | INSPAY | 1902210000 | 1 | 0.00 |
| 959723 | 3/6/2019 | | Adjustment | 7153 | INSADJ | 1902210000 | 1 | -10.00 |
| 959724 | 3/6/2019 | | #992232550 Personal Choice Cla | 7153 | INSPAY | 1902210000 | 1 | 0.00 |
| 959725 | 3/6/2019 | | Adjustment | 7153 | INSADJ | 1902210000 | 1 | -60.00 |
| 959726 | 3/6/2019 | | #992232550 Personal Choice Cla | 7153 | INSPAY | 1902210000 | 1 | 0.00 |
| 959727 | 3/6/2019 | | Adjustment | 7153 | INSADJ | 1902210000 | 1 | -70.00 |
| 959728 | 3/6/2019 | | #992232550 Personal Choice Cla | 7153 | INSPAY | 1902250000 | 1 | 0.00 |
| 959729 | 3/6/2019 | | Adjustment | 7153 | INSADJ | 1902250000 | 1 | -10.00 |
| 959730 | 3/6/2019 | | #992232550 Personal Choice Cla | 7153 | INSPAY | 1902250000 | 1 | 0.00 |
| 959731 | 3/6/2019 | | Adjustment | 7153 | INSADJ | 1902250000 | 1 | -60.00 |
| 960589 | 3/8/2019 | 11 | | 7153 | 98941 | 1903080000 | 1 | 60.00 |
| 960590 | 3/8/2019 | 11 | | 7153 | 98943 | 1903080000 | 1 | 60.00 |
| 961610 | 3/13/2019 | | #992237928 Personal Choice Cla | 7153 | INSPAY | 1902280000 | 1 | 0.00 |
| 961611 | 3/13/2019 | | Adjustment | 7153 | INSADJ | 1902280000 | 1 | -10.00 |
| 961612 | 3/13/2019 | | #992237928 Personal Choice Cla | 7153 | INSPAY | 1902280000 | 1 | 0.00 |
| 961613 | 3/13/2019 | | Adjustment | 7153 | INSADJ | 1902280000 | 1 | -60.00 |

Dr David W Nadler Assoc PC

## Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| 961614 | 3/13/2019 | | #992237928 Personal Choice Cla | 7153 | INSPAY | 1903050000 | 1 | 0.00 |
| 961615 | 3/13/2019 | | Adjustment | 7153 | INSADJ | 1903050000 | 1 | -10.00 |
| 961616 | 3/13/2019 | | #992237928 Personal Choice Cla | 7153 | INSPAY | 1903050000 | 1 | 0.00 |
| 961617 | 3/13/2019 | | Adjustment | 7153 | INSADJ | 1903050000 | 1 | -60.00 |
| 961824 | 3/14/2019 | 11 | | 7153 | 98941 | 1903140000 | 1 | 60.00 |
| 961825 | 3/14/2019 | 11 | | 7153 | 98943 | 1903140000 | 1 | 60.00 |
| 961826 | 3/14/2019 | 11 | | 7153 | CK | 1903140000 | 1 | -50.00 |
| 962451 | 3/19/2019 | 11 | | 7153 | 98941 | 1903190000 | 1 | 60.00 |
| 962452 | 3/19/2019 | 11 | | 7153 | 98943 | 1903190000 | 1 | 60.00 |
| 962453 | 3/19/2019 | 11 | | 7153 | CK | 1903190000 | 1 | -100.00 |
| 963210 | 3/20/2019 | | #992245425 Personal Choice Cla | 7153 | INSPAY | 1903080000 | 1 | 0.00 |
| 963211 | 3/20/2019 | | Adjustment | 7153 | INSADJ | 1903080000 | 1 | -10.00 |
| 963212 | 3/20/2019 | | #992245425 Personal Choice Cla | 7153 | INSPAY | 1903080000 | 1 | 0.00 |
| 963213 | 3/20/2019 | | Adjustment | 7153 | INSADJ | 1903080000 | 1 | -60.00 |
| 964066 | 3/27/2019 | | #992248801 Personal Choice Cla | 7153 | INSPAY | 1903140000 | 1 | 0.00 |
| 964067 | 3/27/2019 | | Adjustment | 7153 | INSADJ | 1903140000 | 1 | -10.00 |
| 964068 | 3/27/2019 | | #992248801 Personal Choice Cla | 7153 | INSPAY | 1903140000 | 1 | 0.00 |
| 964069 | 3/27/2019 | | Adjustment | 7153 | INSADJ | 1903140000 | 1 | -60.00 |
| 964070 | 3/27/2019 | | #992248801 Personal Choice Cla | 7153 | INSPAY | 1903190000 | 1 | 0.00 |
| 964071 | 3/27/2019 | | Adjustment | 7153 | INSADJ | 1903190000 | 1 | -10.00 |
| 964072 | 3/27/2019 | | #992248801 Personal Choice Cla | 7153 | INSPAY | 1903190000 | 1 | 0.00 |
| 964073 | 3/27/2019 | | Adjustment | 7153 | INSADJ | 1903190000 | 1 | -60.00 |
| 964480 | 3/27/2019 | 11 | | 7153 | 98941 | 1903270000 | 1 | 60.00 |
| 964481 | 3/27/2019 | 11 | | 7153 | 98943 | 1903270000 | 1 | 60.00 |
| 965048 | 4/1/2019 | 11 | | 7153 | 98941 | 1904010000 | 1 | 60.00 |
| 965049 | 4/1/2019 | 11 | | 7153 | 98943 | 1904010000 | 1 | 60.00 |
| 965050 | 4/1/2019 | 11 | | 7153 | CK | 1904010000 | 1 | -100.00 |
| 965755 | 4/3/2019 | | #992254216 Personal Choice Cla | 7153 | INSPAY | 1903270000 | 1 | 0.00 |
| 965756 | 4/3/2019 | | Adjustment | 7153 | INSADJ | 1903270000 | 1 | -10.00 |
| 965757 | 4/3/2019 | | #992254216 Personal Choice Cla | 7153 | INSPAY | 1903270000 | 1 | 0.00 |
| 965758 | 4/3/2019 | | Adjustment | 7153 | INSADJ | 1903270000 | 1 | -60.00 |
| 966140 | 4/4/2019 | 11 | | 7153 | 98941 | 1904040000 | 1 | 60.00 |
| 966141 | 4/4/2019 | 11 | | 7153 | 98943 | 1904040000 | 1 | 60.00 |
| 967287 | 4/10/2019 | | #992261715 Personal Choice Cla | 7153 | INSPAY | 1904010000 | 1 | 0.00 |
| 967288 | 4/10/2019 | | Adjustment | 7153 | INSADJ | 1904010000 | 1 | -10.00 |
| 967289 | 4/10/2019 | | #992261715 Personal Choice Cla | 7153 | INSPAY | 1904010000 | 1 | 0.00 |
| 967290 | 4/10/2019 | | Adjustment | 7153 | INSADJ | 1904010000 | 1 | -60.00 |
| 967722 | 4/10/2019 | 11 | | 7153 | CK | 1904100000 | 1 | -50.00 |
| 968609 | 4/17/2019 | | #992267257 Personal Choice Cla | 7153 | INSPAY | 1904040000 | 1 | 0.00 |
| 968610 | 4/17/2019 | | Adjustment | 7153 | INSADJ | 1904040000 | 1 | -10.00 |
| 968611 | 4/17/2019 | | #992267257 Personal Choice Cla | 7153 | INSPAY | 1904040000 | 1 | 0.00 |
| 968612 | 4/17/2019 | | Adjustment | 7153 | INSADJ | 1904040000 | 1 | -60.00 |
| 970972 | 4/10/2019 | 11 | | 7153 | 98941 | 1904290000 | 1 | 60.00 |
| 970973 | 4/10/2019 | 11 | | 7153 | 98943 | 1904290000 | 1 | 60.00 |
| 971450 | 5/1/2019 | | #992278148 Personal Choice Cla | 7153 | INSPAY | 1904290000 | 1 | -0.77 |
| 971451 | 5/1/2019 | | Adjustment | 7153 | INSADJ | 1904290000 | 1 | -9.23 |
| 971452 | 5/1/2019 | | #992278148 Personal Choice Cla | 7153 | INSPAY | 1904290000 | 1 | -29.54 |

Dr David W Nadler Assoc PC

# Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| 972922 | 5/8/2019 | | #992283581 Personal Choice Cla | 7153 | INSPAY | 1904290000 | 1 | 0.00 |
| 972923 | 5/8/2019 | | Adjustment | 7153 | INSADJ | 1904290000 | 1 | -30.46 |
| 969035 | 4/17/2019 | 11 | | 7265 | CK | 1904180000 | 1 | -50.00 |
| 969778 | 4/22/2019 | 11 | | 7265 | CK | 1904220000 | 1 | -50.00 |
| 969779 | 4/17/2019 | 11 | | 7265 | 98941 | 1904220000 | 1 | 60.00 |
| 969780 | 4/17/2019 | 11 | | 7265 | 98943 | 1904220000 | 1 | 60.00 |
| 969781 | 4/22/2019 | 11 | | 7265 | 98941 | 1904220000 | 1 | 60.00 |
| 969782 | 4/22/2019 | 11 | | 7265 | 98943 | 1904220000 | 1 | 60.00 |
| 969783 | 4/22/2019 | 11 | | 7265 | 99212 | 1904220000 | 1 | 70.00 |
| 971453 | 5/1/2019 | | #992278148 Personal Choice Cla | 7265 | INSPAY | 1904220000 | 1 | -10.00 |
| 974674 | 5/15/2019 | | #992289212 Personal Choice Cla | 7265 | INSPAY | 1904220000 | 1 | -10.77 |
| 974675 | 5/15/2019 | | Adjustment | 7265 | INSADJ | 1904220000 | 1 | -49.23 |
| 977632 | 4/26/2019 | 11 | | 7265 | 98941 | 1905310000 | 1 | 60.00 |
| 977633 | 4/26/2019 | 11 | | 7265 | 98943 | 1905310000 | 1 | 60.00 |
| 977634 | 5/6/2019 | 11 | | 7265 | 98941 | 1905310000 | 1 | 60.00 |
| 977635 | 5/6/2019 | 11 | | 7265 | 98943 | 1905310000 | 1 | 60.00 |
| 977636 | 5/14/2019 | 11 | | 7265 | 98941 | 1905310000 | 1 | 60.00 |
| 977637 | 5/14/2019 | 11 | | 7265 | 98943 | 1905310000 | 1 | 60.00 |
| 977638 | 5/20/2019 | 11 | | 7265 | 98941 | 1905310000 | 1 | 60.00 |
| 977639 | 5/20/2019 | 11 | | 7265 | 98943 | 1905310000 | 1 | 60.00 |
| 977640 | 5/28/2019 | 11 | | 7265 | 98941 | 1905310000 | 1 | 60.00 |
| 977641 | 5/28/2019 | 11 | | 7265 | 98943 | 1905310000 | 1 | 60.00 |
| 977873 | 6/3/2019 | 11 | | 7265 | 98941 | 1906030000 | 1 | 60.00 |
| 977874 | 6/3/2019 | 11 | | 7265 | 98943 | 1906030000 | 1 | 60.00 |
| 977875 | 6/3/2019 | 11 | | 7265 | CK | 1906030000 | 1 | -60.00 |
| 979836 | 6/14/2019 | 11 | | 7265 | 98941 | 1906140000 | 1 | 60.00 |
| 979837 | 6/14/2019 | 11 | | 7265 | 98943 | 1906140000 | 1 | 60.00 |
| 979838 | 6/14/2019 | 11 | | 7265 | CK | 1906140000 | 1 | -60.00 |
| 981138 | 6/21/2019 | 11 | | 7265 | 98941 | 1906210000 | 1 | 60.00 |
| 981139 | 6/21/2019 | 11 | | 7265 | 98943 | 1906210000 | 1 | 60.00 |
| 981140 | 6/21/2019 | 11 | | 7265 | CK | 1906210000 | 1 | -60.00 |
| 981848 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1904220000 | 1 | 0.00 |
| 981849 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1904220000 | 1 | -10.00 |
| 981850 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1904220000 | 1 | 0.00 |
| 981851 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1904220000 | 1 | -60.00 |
| 981852 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1904220000 | 1 | 0.00 |
| 981853 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1904220000 | 1 | -70.00 |
| 981854 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1905310000 | 1 | 0.00 |
| 981855 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1905310000 | 1 | -60.00 |
| 981856 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1905310000 | 1 | 0.00 |
| 981857 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1905310000 | 1 | -60.00 |
| 981858 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1905310000 | 1 | 0.00 |
| 981859 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1905310000 | 1 | -60.00 |
| 981860 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1905310000 | 1 | 0.00 |
| 981861 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1905310000 | 1 | -60.00 |
| 981862 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1905310000 | 1 | 0.00 |
| 981863 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1905310000 | 1 | -60.00 |

Dr David W Nadler Assoc PC

# Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| 981864 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1905310000 | 1 | 0.00 |
| 981865 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1905310000 | 1 | -60.00 |
| 981866 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1905310000 | 1 | 0.00 |
| 981867 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1905310000 | 1 | -60.00 |
| 981868 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1905310000 | 1 | 0.00 |
| 981869 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1905310000 | 1 | -60.00 |
| 981870 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1905310000 | 1 | 0.00 |
| 981871 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1905310000 | 1 | -60.00 |
| 981872 | 6/26/2019 | | #992323055 Personal Choice Cla | 7265 | INSPAY | 1905310000 | 1 | 0.00 |
| 981873 | 6/26/2019 | | Adjustment | 7265 | INSADJ | 1905310000 | 1 | -60.00 |
| 982425 | 6/28/2019 | 11 | | 7265 | 98941 | 1906280000 | 1 | 60.00 |
| 982426 | 6/28/2019 | 11 | | 7265 | 98943 | 1906280000 | 1 | 60.00 |
| 982427 | 6/28/2019 | 11 | | 7265 | CK | 1906280000 | 1 | -60.00 |
| 983054 | 7/3/2019 | 11 | | 7265 | 98941 | 1907030000 | 1 | 60.00 |
| 983055 | 7/3/2019 | 11 | | 7265 | 98943 | 1907030000 | 1 | 60.00 |
| 983056 | 7/3/2019 | 11 | | 7265 | CK | 1907030000 | 1 | -60.00 |
| 983831 | 7/10/2019 | | #992334306 Personal Choice Cla | 7265 | INSPAY | 1906030000 | 1 | 0.00 |
| 983832 | 7/10/2019 | | #992334306 Personal Choice Cla | 7265 | INSPAY | 1906030000 | 1 | 0.00 |
| 983833 | 7/10/2019 | | Adjustment | 7265 | INSADJ | 1906030000 | 1 | -60.00 |
| 983834 | 7/10/2019 | | #992334306 Personal Choice Cla | 7265 | INSPAY | 1906140000 | 1 | 0.00 |
| 983835 | 7/10/2019 | | #992334306 Personal Choice Cla | 7265 | INSPAY | 1906140000 | 1 | 0.00 |
| 983836 | 7/10/2019 | | Adjustment | 7265 | INSADJ | 1906140000 | 1 | -60.00 |
| 983837 | 7/10/2019 | | #992334306 Personal Choice Cla | 7265 | INSPAY | 1906210000 | 1 | 0.00 |
| 983838 | 7/10/2019 | | #992334306 Personal Choice Cla | 7265 | INSPAY | 1906210000 | 1 | 0.00 |
| 983839 | 7/10/2019 | | Adjustment | 7265 | INSADJ | 1906210000 | 1 | -60.00 |
| 983840 | 7/10/2019 | | #992334306 Personal Choice Cla | 7265 | INSPAY | 1906280000 | 1 | 0.00 |
| 983841 | 7/10/2019 | | #992334306 Personal Choice Cla | 7265 | INSPAY | 1906280000 | 1 | 0.00 |
| 983842 | 7/10/2019 | | Adjustment | 7265 | INSADJ | 1906280000 | 1 | -60.00 |
| 983843 | 7/10/2019 | | #992334306 Personal Choice Cla | 7265 | INSPAY | 1907030000 | 1 | 0.00 |
| 983844 | 7/10/2019 | | #992334306 Personal Choice Cla | 7265 | INSPAY | 1907030000 | 1 | 0.00 |
| 983845 | 7/10/2019 | | Adjustment | 7265 | INSADJ | 1907030000 | 1 | -60.00 |
| 984670 | 7/12/2019 | 11 | | 7265 | 98941 | 1907120000 | 1 | 60.00 |
| 984671 | 7/12/2019 | 11 | | 7265 | 98943 | 1907120000 | 1 | 60.00 |
| 984672 | 7/12/2019 | 11 | | 7265 | CK | 1907120000 | 1 | -60.00 |
| 986830 | 7/26/2019 | 11 | | 7265 | 98941 | 1907260000 | 1 | 60.00 |
| 986831 | 7/26/2019 | 11 | | 7265 | 98943 | 1907260000 | 1 | 60.00 |
| 986832 | 7/26/2019 | 11 | | 7265 | CK | 1907260000 | 1 | -60.00 |
| 989346 | 8/7/2019 | | #992356393 Personal Choice Cla | 7265 | INSPAY | 1907120000 | 1 | 0.00 |
| 989347 | 8/7/2019 | | #992356393 Personal Choice Cla | 7265 | INSPAY | 1907120000 | 1 | 0.00 |
| 989348 | 8/7/2019 | | Adjustment | 7265 | INSADJ | 1907120000 | 1 | -60.00 |
| 989349 | 8/7/2019 | | #992356393 Personal Choice Cla | 7265 | INSPAY | 1907260000 | 1 | 0.00 |
| 989350 | 8/7/2019 | | #992356393 Personal Choice Cla | 7265 | INSPAY | 1907260000 | 1 | 0.00 |
| 989351 | 8/7/2019 | | Adjustment | 7265 | INSADJ | 1907260000 | 1 | -60.00 |
| 1011916 | 1/9/2020 | 11 | | 7616 | 98941 | 2001090000 | 1 | 60.00 |
| 1011917 | 1/9/2020 | 11 | | 7616 | 98943 | 2001090000 | 1 | 60.00 |
| 1011918 | 1/9/2020 | 11 | | 7616 | 97032 | 2001090000 | 1 | 40.00 |
| 1011919 | 1/9/2020 | 11 | | 7616 | 97012 | 2001090000 | 1 | 25.00 |

Dr David W Nadler Assoc PC

# Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| 1012383 | 1/16/2020 | 11 | | 7616 | 98941 | 2001160000 | 1 | 60.00 |
| 1012384 | 1/16/2020 | 11 | | 7616 | 98943 | 2001160000 | 1 | 60.00 |
| 1012385 | 1/16/2020 | 11 | | 7616 | 97032 | 2001160000 | 1 | 40.00 |
| 1012386 | 1/16/2020 | 11 | | 7616 | 97012 | 2001160000 | 1 | 25.00 |
| 1012387 | 1/16/2020 | 11 | | 7616 | CK | 2001160000 | 1 | -120.00 |
| 1013190 | 1/28/2020 | 11 | | 7616 | 98941 | 2001280000 | 1 | 60.00 |
| 1013191 | 1/28/2020 | 11 | | 7616 | 98943 | 2001280000 | 1 | 60.00 |
| 1013192 | 1/28/2020 | 11 | | 7616 | 97032 | 2001280000 | 1 | 40.00 |
| 1013193 | 1/28/2020 | 11 | | 7616 | 97012 | 2001280000 | 1 | 25.00 |
| 1013194 | 1/28/2020 | 11 | | 7616 | CK | 2001280000 | 1 | -60.00 |
| 1016165 | 2/11/2020 | 11 | | 7616 | 98941 | 2002110000 | 1 | 60.00 |
| 1016166 | 2/11/2020 | 11 | | 7616 | 98943 | 2002110000 | 1 | 60.00 |
| 1016167 | 2/11/2020 | 11 | | 7616 | 97032 | 2002110000 | 1 | 40.00 |
| 1016168 | 2/11/2020 | 11 | | 7616 | 97012 | 2002110000 | 1 | 25.00 |
| 1016169 | 2/11/2020 | 11 | | 7616 | CK | 2002110000 | 1 | -60.00 |
| 1018282 | 2/20/2020 | 11 | | 7616 | 98941 | 2002200000 | 1 | 60.00 |
| 1018283 | 2/20/2020 | 11 | | 7616 | 98943 | 2002200000 | 1 | 60.00 |
| 1018284 | 2/20/2020 | 11 | | 7616 | 97032 | 2002200000 | 1 | 40.00 |
| 1018285 | 2/20/2020 | 11 | | 7616 | 97012 | 2002200000 | 1 | 25.00 |
| 1018286 | 2/20/2020 | 11 | | 7616 | CK | 2002200000 | 1 | -60.00 |
| | | | | | | | Patient Total | $625.00 |