# EXHIBIT F

DR 04/08/2019 (00TG81) 8.77244.03079789

 | FORD **CREDIT**

PO Box 542000
Omaha, NE 68154-8000
1-800-727-7000

March 13, 2019

P9RSCW00200224
MICHELLE M. BURNS
1605 BRENT RD
ORELAND PA 19075

Customer Name: MICHAEL J. BURNS
Account Number: 54547552
Vehicle: 2017 FORD F250
Vehicle ID: 1FT7X2B6XHEC72626

Dear MICHELLE M. BURNS,

In answer to your recent request we are pleased to provide you with the following information on the above referenced retail account.

| | |
|---|---|
| Date Opened: | 02/10/2017 |
| Original Contract Amount: | $57,494.88 |
| Terms: | 75 |
| Payment: | $798.54 |
| Last Paid: | 03/11/2019 |
| Next Due: | N/A |
| Current Balance: | $0.00 |
| Rating: | 30: 3 |
| | 60: 1 |
| | 90+: 0 |

**Additional Comments:**
* Account Paid Satisfactory

Sincerely,

Ford Credit

FFNA 18877
CRR1 (Jan 04)

DR 04/08/2019 (00TG81) 8.77244.03079789