## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

| | |
|---|---|
| MICHELE M. BURNS<br><br>    Plaintiff,<br><br> v.<br><br>FORD MOTOR CREDIT COMPANY, LLC, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and MICHAEL J. BURNS<br><br>    Defendants. | Civil Action No. 2:19-cv-01647-RBS<br><br>**ORDER** |

This matter having been brought before the Court upon the Motion *In Limine* filed by Defendant Ford Motor Credit Company LLC and the Court having reviewed all of the parties' submissions and for good cause shown, hereby **GRANTS** Defendant's Motion *In Limine.*

**IT IS ON THIS** ___ day of _____, 2021;

ORDERED that Defendants' Motion is **GRANTED**; and it is further

ORDERED that Plaintiff Michele M. Burns is precluded from offering any evidence, testimony, references to testimony or argument based upon any claims for actual damages.

                    _____
                    Hon.