# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

| | |
|---|---|
| MICHELE M. BURNS<br><br>        Plaintiff,<br><br>  v.<br><br>FORD MOTOR CREDIT COMPANY, LLC, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and MICHAEL J. BURNS<br><br>        Defendants. | Civil Action No. 2:19-cv-01647-RBS<br><br>**CERTIFICATE OF SERVICE** |

      I, Dafney Dubuisson Stokes, hereby certify that on this 8th day of September 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.  I certify that interested parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system and via USPS Regular Mail as follows:

    Mark A. DiAntonio, Esquire
    McCann Law, LLC
    1800 JFK Blvd., Suite  1812
    Philadelphia, PA 19103
    *Attorneys for Plaintiff*

                                                               */s/ Dafney Dubuisson Stokes*
                                                                   Dafney Dubuisson Stokes