# EXHIBIT 1

<u>Curriculum Vitae</u>

# DAVID W. NADLER, D.C.

3475 West Chester Pike
Suite 140
Newtown Square, PA 19073
610-353-3888
Fax: 610-353-9863

## **EDUCATION**

Pennsylvania College of Chiropractic
Horsham, PA
D.C. Degree for Doctor of Chiropractic, December 1990

American Academy of Pain Management
Modesto, CA
Diplomate granted – January, 1992

National College of Chiropractic
Lombard, IL
Certified Chiropractic Sports Physician Program
Board Certification, April, 1992

Cleveland Chiropractic College
Kansas City, MO
Chiropractic Neurology, Diplomate Program
Board eligible chiropractic neurology
September 1997

Nimmo Education Society
Pittsburgh, PA
Nimmo Receptor Tonus Technique
Certified in myofascial trigger point therapy

Harcum College
Bryn Mawr, PA
A.S. Major Physical Therapy, May, 1985

Pennsylvania School of Muscle Therapy
King of Prussia, PA
Certification, December, 1982

Back to Basics Golf Academy
Meredith, NH
Certified Golf Doctor, May 2004

Graston Technique – New York Chiropractic College Division of Post Graduate Studies
Boston, MA
October 2010

University of Bridgeport – College of Chiropractic
Certified in manipulation under anesthesia, April 1997

## Post Doctorate/Graduate Studies/Interviews

Clinical Roetgenology of spinal and skeletal disorders.
Erhardt Certification Radiology Series

Chiropractic Neurology Diplomat Program.
Cleveland Chiropractic College

Whiplash: The Masters' Certification Program, '95.
Spine Research Institute of San Diego

Magnetic Resonance Imaging in Chiropractic, Dr. Christopher Kent
Imaging Management Assoc., Inc.

Progressive Postural Analysis
Pennsylvania Chiropractic Federation

ICA Symposium on Natural Fitness, 1999 Columbus, OH

National Conference, American Academy of Pain Management, 1999

Endorsing Doctor for Soccage, Soccer Training System

Interviewed in national physical therapy journal, P.T. Advance,
Titled: "Can Chiropractors Perform Physical Therapy."

University of Bridgeport – College of Chiropractic
Certified in manipulation under anesthesia, 1997

Interviewed on the "Donna Storm Fitness Show" on FM Q102

Interviewed by Dr. James Corey on the "Health and Fitness Show" FM WWDB

Philadelphia Magazine – 1999 Guide to Good Health. Interviewed for chapter on Drug Free Therapies

Diagnostic Imaging of Upper and Lower Extremities – Dr. Tery R. Yochum D.A.C.B.R, 2000

Extremity Adjusting and Motion Palpation – Bucks County Chiropractic Society, August 2000

University of Bridgeport – College of Chiropractic, 2003 Trevose, PA

CCSP Recertification – Certified Chiropractic Sports Physician Continuing Education Program.

Chiropractic Principles and Procedures – Parker College of Chiropractic, 2003

University of Bridgeport – College of Chiropractic, February 2006 Orlando, FL.

CCSP Recertification Program – Certified Chiropractic Sports Physician Continuing Education Program.

Chiropractic Treatment of Chiropractic Injuries – Texas Chiropractic College Division of Post Graduate Studies, August 2006

Optimum Immunity – Chiropractic Fellowship of Pennsylvania, July 2006

Ancillary Diagnostic Testing Procedures - Texas Chiropractic College Division of Post Graduate Studies, June 2008

Fundamentals of Clinical Nutrition – Texas Chiropractic College Division of Post Graduate Studies, June 2012

Spinal Disorders from Diagnosis to Treatment – University of Bridgeport Health Sciences Post Graduate Education Department, June 2012

Sports Injuries – Texas Chiropractic College Division of Post Graduate Studies, June 2012

Validating Chiropractic – Life Chiropractic College West, June 2010

Ethics and Chiropractic Practice – University of Western States, June 2014

Chiropractic Treatment and management of Auto Accident Injuries – University of Western States, June 2014

Conditions of the Disc Part 1 and Part 2 – Life University school of Chiropractic, 2016

The Neurology of Pain - Life University school of Chiropractic, 2016

Functional Based Care Part 1 and Part 2 - Life University school of Chiropractic, 2016

Health Care Compliance Part 1 and Part 2 - Life University school of Chiropractic, 2016

Passive Care Modalities Part 1 and Part 2 - Life University school of Chiropractic, 2016

Spinal Pain Syndromes - Life University school of Chiropractic, 2016

IASTN Instrument Assisted Soft Tissue Mobilization – Texas Chiropractic College, 2016

Pennsylvania Child Abuse Recognition & Reporting Training for Mandated Reporters – University of Western States, 2018

Weight Loss Management, Fitness & Nutrition - University of Western States, 2018

Taping Techniques in Sports Medicine, Risk Management & Boundaries – Pace Program of the Federation of Chiropractic Licensing Boards, 2018

## EXPERIENCE

**Private Practice,** Doctor of Chiropractic
Newtown Square, PA- December 1990-Present

**Pennsylvania College of Chiropractic Health Clinic**
Internship – 1989-1990

**Narberth Chiropractic Center,** Physical Therapist Associate / Chiropractic Student - 4 years

**Osteopathic Medical Center of Philadelphia**
Physical Therapist Associate- 3 years
Primary duties involved transportation of patient, assisting Physical Therapist with patient treatment, maintaining all equipment used in therapy including ultra sound, hydrotherapy (wound care), EMS and traction devices.  Also was involved in cardiac rehabilitation and prosthetic training.

**Private Practice**- Certified Massage Therapist - December 1982-1989
Specializing in Swedish Massage with therapeutic application.

**Saint Agnes Burn Center**- Philadelphia, PA, Assistant Physical Therapist-3 years
Primary duties included implementing program for patient care.  Time was divided in general Acute-care, Orthopedic, Rehabilitation unit, and the Burn Center.  Also assisted Dr. Sae EL Chun, Chairman of Physical Medicine & Rehabilitation with pain management program.  The modality which was primarily utilized was needle acupuncture.

**Clinical Student Physical Therapy Affiliation,** Herman Hospital, Houston, TX – March through June, 1985.

**Sports Kinetics**, Berwyn, PA, January through March 1985
Time divided between geriatric and sports rehabilitation

**Physical Therapy Associates,** Philadelphia, PA - May through June 1989
Private practice – outpatient, orthopedics and myofascial pain

**Philadelphia Kixx,** First Union Spectrum, Philadelphia, PA 1999- till 2004, 2007-08
Team Chiropractic Physician

**Philadelphia Wings,** First Union Center, Philadelphia, PA 1999- 2014, 2019-20
Team Chiropractic Physician

**Philadelphia Soul – AFL Football Team-** Wachovia Center, Philadelphia, PA – 2004- 2006.
Team Chiropractic Physician

**Philadelphia Barrage** – Villanova Stadium, Villanova, PA – 2004-2007.
Team Chiropractic Physician

**2001 X-Games,** First Union Center, Philadelphia, PA
Sports Medicine Staff, Chiropractic Physician

**FIFA Women's World Cup 2003,** Medical Staff, Chiropractic Physician

**US Mens National Soccer Team-** Concacaf Gold Cup, July 2009
USA vs. Panama Team Chiropractic Physician

**World Team Tennis – Philadelphia Freedoms** – Philadelphia, PA 2015 – present
Team Chiropractic Physician

**New Jersey State Athletic Control Board –** Trenton, NJ
LIC- 50630 7/9/08- 6/30/09
Boxing – Second

**Jose Canseco/ Vai Sikahema Fight** - Atlantic City, NJ, September 2008
Corner man

**Philadelphia Magazine -** Philadelphia, PA, May 2007
Featured article in Pain-Free A-Z issue
Top Doc's 07

**Philadelphia Magazine –** Philadelphia, PA, October 2008
Featured article in Stress The Underestimated Gateway to Women's Health Issues

## ORGANIZATIONS

Member - Pennsylvania Chiropractic Association, International Chiropractic Association, American College of Sports Medicine, International Academy of Chiropractic Occupational Health Consultants, Foundation for Chiropractic Education and Research, Physical Medicine Research Foundation, International Society of Medical Shock Wave Therapy, American Massage Therapy Association

Eastern District Director of AMTA (PA Chapter) March 1985 - March 1986

American Academy of Spine Physicians

Graduate of the FBI Citizens Academy, Philadelphia division 2015

Volunteer Special deputy – Delaware County Sheriffs Reserve Unit 2016-19

## AWARD

William B. McBeth Award, Awarded to graduating senior who has shown outstanding characteristics in the field of Physical Therapy

## STATE LICENSES

Pa License Number DC-004569-L
DE License Number F1-0000316