# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# (Philadelphia)

| | |
|---|---|
| MICHELE M. BURNS<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR CREDIT COMPANY, LLC, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and MICHAEL J. BURNS<br><br>　　　　　　Defendants. | Civil Action No. 2:19-cv-01647-RBS<br><br>**ORDER** |

This matter having been brought before the Court upon the Motion *In Limine* filed by Defendant Ford Motor Credit Company LLC and the Court having reviewed all of the parties' submissions and for good cause shown, hereby **GRANTS** Defendant's Motion *In Limine.*

**IT IS ON THIS** ___ day of _____, 2021;

ORDERED that Defendants' Motion is **GRANTED**; and it is further

ORDERED that Plaintiff Michele M. Burns is precluded plaintiff from offering any testimony, references to testimony or argument based upon the testimony or opinions of Dr. David Nadler ("Dr. Nadler") and precluding the entry of Dr. Nadler's expert report.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon.