**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | |
|---|---|
| MICHELE M. BURNS<br><br>                    Plaintiff,<br><br>        v.<br><br>FORD MOTOR CREDIT COMPANY,<br>LLC, TRANS UNION, LLC, EQUIFAX<br>INFORMATION SERVICES, LLC and<br>MICHAEL J. BURNS<br><br>                    Defendants. | Civil Action No. 2:19-cv-01647-RBS<br><br><br>**NOTICE OF MOTION *IN LIMINE*** |

TO:    Mark A. DiAntonio, Esquire
        Attorney ID No. 81115
        McCann Law, LLC
        1800 JFK Blvd., Suite  1812
        Philadelphia, PA 19103

PLEASE TAKE NOTICE that Defendant Ford Motor Credit Company LLC will move this Court, before the Honorable R. Barclay Surrick, Senior United States District Judge, at the United States District Court for the Eastern District of Pennsylvania, James A. Bryne U.S. Courthouse 601 Market Street, Room 8614, Philadelphia, Pennsylvania 19106, on a date and time to be determined by the Court, for an Order, pursuant to Federal Rules of Evidence 401 and 403, precluding the introduction or presentation of any and all evidence, testimony, questions, arguments, or references to testimony as  it relates to Plaintiff's claim of punitive damages.

In support of this motion, Defendants rely upon the accompanying memorandum of law and all of the pleadings, records and papers filed herein.

Dated: September 8, 2021

**WONG FLEMING**

By: */s/ Dafney Dubuisson Stokes*
      Dafney Dubuisson Stokes, Esq.
      1500 Market Street, 12th Floor, East Tower
      Philadelphia, PA 19102
      T: (215) 546-2776
      F: (215) 546-3206
      dstokes@wongfleming.com
      *Attorneys for Defendant Ford Motor Credit*
      *Company LLC*