# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# (Philadelphia)

| | |
|---|---|
| MICHELE M. BURNS<br><br>                Plaintiff,<br><br>    v.<br><br>FORD MOTOR CREDIT COMPANY, LLC, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and MICHAEL J. BURNS<br><br>                Defendants. | Civil Action No. 2:19-cv-01647-RBS<br><br>**ORDER** |

This matter having been brought before the Court upon the Motion *In Limine* filed by Defendant Ford Motor Credit Company LLC and the Court having reviewed all of the parties' submissions and for good cause shown, hereby **GRANTS** Defendant's Motion *In Limine.*

**IT IS ON THIS** \_\_\_ day of _____, 2021;

ORDERED that Defendants' Motion is **GRANTED**; and it is further

ORDERED that Plaintiff Michele M. Burns is precluded from introducing evidence, testimony, argument or references to testimony as it relates to Plaintiff's claim of punitive damages.

_____
Hon.