IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE M. BURNS<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR CREDIT COMPANY, LLC, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC and MICHAEL J. BURNS<br><br>    Defendants. | Civil Action No. 2:19-cv-01647-RBS |

## ENTRY OF APPEARANCE

Kindly enter my appearance as additional counsel for Defendant Ford Motor Credit Company LLC.

Respectfully submitted,

*/s/ Robert M. Palumbos*
Robert M. Palumbos (200063)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1111
Fax: 215.979.1020
E-mail: rmpalumbos@duanemorris.com

*Counsel for Ford Motor Credit Company LLC*

September 10, 2021

## CERTIFICATE OF SERVICE

I certify that a complete copy of the foregoing document was filed electronically on the date below and is available for viewing and downloading from the ECF system. This document is being served upon the following counsel by electronic filing through the ECF system:

Mark A. DiAntonio, Esquire
McCann Law, LLC
1800 JFK Blvd., Suite 1812
Philadelphia, PA 19103

*Counsel for Plaintiff*

*/s/ Robert M. Palumbos*

September 10, 2021